Santa Clara Valley Mill & Lumber Company, Appellee,
v. DeWitt Clinton Prescott, Appellant.

Gen. No. 13,934.

This was an action of debt. The case was previously before the Appellate Court of this District and is reported in 127 Ill. App. 644.

*Held,* that "in an action on a foreign judgment interest is allowed on such judgment at the rate fixed by the law in the foreign state."

Action of debt. Appeal from the Superior Court of Cook county; the Hon. GEORGE A. DUPUY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1907. Affirmed. Opinion filed July 14, 1908.

GORHAM & WALES and FRANKLIN E. VAUGHAN, for appellant.

F. W. WINKLER, for appellee.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.